# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **TRAVELERS CASUALTY AND SURETY COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 4:05CV692MLM |
| **PHILIP E. LUTHER, et al.,** ) ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum Opinion entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**. [1]

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of July, 2005.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com